EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 18 2002

at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>    vs.                            )<br>                                   )<br>                                   )<br>SU CHA PAK,                        )<br>                                   )<br>            Defendant.             )<br>_____) | CR. NO. CR02-00151<br><br>INDICTMENT<br><br>21 U.S.C. §§ 860(a), 841(a)(1)<br>841(b)(1)(B) |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about April 11, 2002, in the District of Hawaii, defendant SU CHA PAK did knowingly and intentionally distribute to Undercover Police Officer #1 approximately 0.251 grams of cocaine base, a Schedule II controlled substance,

within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code Section 860(a).

## Count 2

The Grand Jury further charges that:

On or about April 11, 2002, in the District of Hawaii, defendant SU CHA PAK did knowingly and intentionally distribute to Undercover Police Officer #2 approximately 0.196 grams of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860(a).

## Count 3

The Grand Jury further charges that:

On or about April 11, 2002, in the District of Hawaii, defendant SU CHA PAK did knowingly and intentionally possess with the intent to distribute five grams or more of cocaine base,

a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: _April 18_, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

For _[signature]_
ELLIOT ENOKI
First Assistant U.S. Attorney

_[signature]_
CONSTANCE A. HASSELL
Assistant U.S. Attorney

<u>United States v. Su Cha Pak</u>
Cr. No. _____
"Indictment"

3